UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL JOHNSON,<br>        Plaintiff,<br>    v.<br>NANCY A. BERRYHILL,<br>        Defendant. | Case No. 17-cv-06561-DMR<br><br>**ORDER TO SHOW CAUSE** |

On April 25, 2019, Plaintiff filed a motion for attorneys' fees. [Docket No. 31.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on May 9, 2019, but no such opposition has been received. <u>Defendant is ordered to respond by May 28, 2019, and show cause for her failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). Defendant shall attach either an opposition or statement of nonopposition to her response to this order to show cause.

This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by May 28, 2019, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
Donna M. Ryu
United States Magistrate Judge